# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

STEVEN SMITH,

          Petitioner

       v.

WORKERS' COMPENSATION APPEAL BOARD (CONSOLIDATED FREIGHTWAYS, INC.),

          Respondents

: No. 179 WAL 2015
:
:
:
: Petition for Allowance of Appeal from the
: Order of the Commonwealth Court
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW,** this 17th day of December, 2015, the Petition for Allowance of Appeal is **DENIED** and Petitioner's Leave to File a Reply is **DENIED.**